UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------

| | |
|---|---|
| SUZANNE SHELL, : | |
| : | CASE NO. 15-cv-1757 |
| Plaintiff, : | |
| : | |
| vs. : | OPINION AND ORDER |
| : | [Resolving Doc. 23] |
| OHIO FAMILY RIGHTS, et al., : | |
| : | |
| Defendants. : | |
| : | |

------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On March 22, 2016, this Court issued its opinion on Plaintiff Shell's motion for reconsideration.[1] In that decision, this Court found that Plaintiff properly served Defendant Rosalind McAllister by leaving a copy of the operative complaint and summons with Defendant Ray Lautenschlager at Defendant McAllister's dwelling. Therefore, this Court **DENIES** Defendant McAllister's motion to dismiss for improper service.[2]

IT IS SO ORDERED.

Dated:  March 25, 2016                              *s/      James S. Gwin*
                                                    JAMES S. GWIN
                                                    UNITED STATES DISTRICT JUDGE

---

[1] Doc. 35.
[2] Doc. 23.