UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------

SUZANNE SHELL,

        Plaintiff,

   vs.

OHIO FAMILY RIGHTS, et al.,

        Defendants.

------------------------------------------------------

CASE NO. 15-cv-1757

OPINION AND ORDER
[Resolving Doc. 37]

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Defendant Ray Lautenschlager moves for an extension of time to file an answer.[1] Lautenschlager says that Plaintiff Suzanne Shell has not served him with all of the documents filed in this case and so cannot "adequately prepare a defense."[2]

However, Defendant does not need all of these documents in order to file an answer. All Defendant needs is a properly served copy of the operative complaint and summons.[3] This Court already determined that Plaintiff Shell perfected service of her first amended complaint on Defendant Lautenschlager.[4] Therefore, Defendant Lautenschlager can and must answer the complaint.

---

[1] Doc. 37.
[2] *Id.* at 1.
[3] Fed. R. Civ. P. 12(a)(1)(A)(i) ("A defendant must serve an answer [] within 21 days after being served with the summons and complaint").
[4] Doc. 35 at 3.

Case No. 15-cv-1757
Gwin, J.

This Court **ORDERS** that Defendant Lautenschlager file an answer to the complaint by April 13, 2016, or risk an entry of default judgment.

IT IS SO ORDERED.


Dated: April 5, 2016    *s/    James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE